AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; BAYERISCHE MOTOREN WERKE AG, a German corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DVIR ELIMELECH, an individual; HANA ELIMELECH, an individual; DOES 1-10, inclusive, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-03290 JAK (AJRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dvir Elimelech, an individual         Hana Elimelech, an individual
                                       4718 Sheridan Street #3                4718 Sheridan Street #3
                                       Hollywood, Florida 33021               Hollywood, Florida 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Q. Pham
   Marcus F. Chaney
   Criterion Counsel, Law Corporation
   6355 Topanga Canyon Blvd., Suite 326
   Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                          _____
                                                               *Signature of Clerk or Deputy Clerk*